STATE *v.* DOYLE.

The issues submitted to the jury and their answers thereto were as follows:

"1. Was the plaintiff injured by the negligence of the defendant as alleged in the complaint? Answer: Yes.

2. Did plaintiff, by his negligence, contribute to his injury as alleged in the answer? Answer: Yes.

3. What damages is plaintiff entitled to recover therefor? (No answer.)."

Judgment was rendered for defendant on the verdict. Plaintiff made numerous exceptions and assignments of error and appealed to the Supreme Court.

*Williams & Williams and Hoyle & Hoyle for plaintiff.*
*A. A. F. Seawell and Gavin, Teague & Byerly for defendant.*

---

### STATE v. LEWIS DOYLE.

(Filed 4 March, 1931.)

APPEAL by defendant from *Cranmer, J.,* at January Term, 1931, of HALIFAX.

Criminal prosecution tried upon an indictment charging the defendant with carnal knowledge of a virtuous female child, over twelve and under sixteen years of age, contrary to the provisions of C. S., 4209.

Verdict: Guilty.

Judgment: Imprisonment in the State's prison at hard labor for a term of four years.

The defendant appeals, assigning errors.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*George C. Green for defendant.*

PER CURIAM. Two errors are assigned by the defendant on his appeal to this Court, neither of which can be sustained. It would serve no useful purpose to set out the evidence or to discuss the exceptions.

The verdict and judgment will be upheld.

No error.